# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVELYN M. PETTIES,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of the Social<br>Security Administration,<br><br>　　　　　Defendant. | Case No. EDCV 07-860-JWJ<br><br>JUDGMENT |

**IT IS ADJUDGED** that the decision of the Administrative Law Judge is **AFFIRMED**.

DATED: March 3, 2009

　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　JEFFREY W. JOHNSON
　　　　　　　　　　　　　　　United States Magistrate Judge